UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Mirapex Products Liability Litigation, | Civil No. 07-MD-1836 JMR/FLN |
| This Document Relates to: | |
| Douglas D. Memler, | Civil No. 08-6268 JMR/FLN |
| Patrick Cardinali, | Civil No. 09-625 JMR/FLN |
| Sheree Burd, | Civil No. 09-807 JMR/FLN |
| Anne Nowlin and Rey Nowlin, | Civil No. 09-1089 JMR/FLN |
| Plaintiffs, | |
| v. | NOTICE OF CASE MANAGEMENT CONFERENCE |
| Boehringer Ingelheim Pharmaceuticals, Inc., Pfizer, Inc., et al., | |
| Defendants. | |

---

ALYSON L. OLIVER, Esq., FOSTER OLIVER, for Plaintiffs Memler and Cardinali.
WILLIAM D. NEFZGER, Esq., BAHE, COOK, CANTLEY & JONES, for Plaintiff Burd.
STUART L. GOLDENBERG, Esq., GOLDENBERG & JOHNSON, for Plaintiff Nowlin.

JAMES E. GRAY, Esq. and JASON C. ROSE, Esq., VENABLE LLP; and TRACY J. VAN STEENBURGH, Esq., HALLELAND, LEWIS, NILAN & JOHNSON, for Defendant Boehringer Ingelheim.

SARAH R. WOLFF, Esq. SACHNOFF & WEAVER; MICHAEL K. BROWN, Esq. and BARRY J. THOMPSON, Esq., REED SMITH; JOSEPH M. PRICE, Esq., FAEGRE & BENSON, for Defendant Pfizer, et al.

---

These cases are before the Court pursuant to the Order of the Judicial Panel on Multi-District Litigation dated June 22, 2007, and docketed in this District on June 25, 2007 [Docket Entry #1]. If any parties or counsel are not listed, counsel for plaintiff(s) shall provide them with a copy of this Notice.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16.4 of the

Local Rules of Procedure for the District of Minnesota, a case management conference in the above captioned matter will be held on **June 16, 2009, at 2:00 p.m.** before Magistrate Judge Franklin L. Noel in chambers at Suite 9W United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. If any party wishes to appear by telephone, they must comply with Local Rule 7.3.

No later than five (5) days before the conference, the parties shall submit to the Court a joint statement describing in detail the status of the cases and a proposal regarding how best to prepare these cases for trial or other disposition. At a minimum, in advance of the pretrial case management conference, the parties should have exchanged the disks containing information and documents previously disclosed by Defendants to other Plaintiffs in this MDL, as well as the fact sheets and authorizations for release of records as described in Pretrial Order ##2 and 3.

The parties are directed to become familiar with the information located at this Court's website related to this Multi-District Litigation Case No. 07-MD-1836, <www.mnd.uscourts.gov>

DATED: May 15, 2009.                                    *s/ Franklin L. Noel*
                                                        FRANKLIN L. NOEL
                                                        United States Magistrate Judge