IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re MIRAPEX PRODUCTS LIABILITY LITIGATION | MDL No.: 07-1836 (JMR/FLN) |
| This document relates to | |
| ANTHONY SCELTA, | Civil No. 08-cv-5067 (JMR/FLN) |
| Plaintiff, | |
| vs. | |
| BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., a Delaware corporation, PFIZER INC., a Delaware corporation, PHARMACIA CORPORATION, a Delaware corporation, and PHARMACIA & UPJOHN COMPANY LLC, | **DEFENDANTS' JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF HEATHER CHAPMAN, Ph.D.** |
| Defendants. | |

Defendants Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), Pfizer Inc., and two Pfizer subsidiaries, Pharmacia Corporation and Pharmacia & Upjohn Company LLC (collectively, "Pfizer"), by their undersigned counsel, hereby move this Court to exclude the expert testimony of Heather Chapman, Ph.D.

This motion is based on all the files, records, and proceedings herein, including the Memorandum in Support of Defendants' Joint Motion to Exclude the Expert Testimony of Heather Chapman, Ph.D., and arguments of counsel.

Dated: July 7, 2009

2

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By  s/ Scott A. Smith
    Scott A. Smith, #174026
    U.S. Bank Plaza South, Suite 600
    220 South Sixth Street
    Minneapolis, Minnesota 55402-4501
    (612) 338-1838

    James E. Gray
    VENABLE LLP
    750 E. Pratt Street
    Suite 900
    Baltimore, MD 21202

    *Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

FAEGRE & BENSON LLP

By  s/ Peter J. Goss
    Joseph Price, #88201
    Peter J. Goss, #267910
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402-4501
    (612) 766-8617

    Michael K. Brown
    Barry J. Thompson
    Steven J. Boranian
    Mildred Segura
    REED SMITH LLP
    355 South Grand Avenue
    Los Angeles, CA 90071

    *Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, and*


*Pharmacia and Upjohn Company LLC*