UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Mirapex Products Liability Litigation | MDL 07-1836 JMR/FLN and Related Cases |
| *This Document Applies To:* | |
| Robert Hudson, | Civil No. 08-cv-00914-JMR-FLN |
| Plaintiff, | |
| v. | |
| Boehringer Ingelheim Pharmaceuticals, Inc., et al. | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this lawsuit may be, and hereby is, dismissed with prejudice, but without fees or costs or disbursements to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                              Respectfully submitted,

DATED: September 29, 2009        LESTER, LOVING & DAVIES, PC

                              By    /s/ Lisa M. Wilcox
                                   Lisa M. Wilcox #18595
                                   1701 South Kelly Avenue
                                   Edmond, OK 73013
                                   405-844-9900
                                   lwilcox@lldlaw.com

                                   *Attorney for Plaintiff Robert Hudson*

- 2 -

DATED: September 29, 2009      FAEGRE & BENSON LLP

By /s/ Joseph Price
Joseph Price, #88201
Peter J. Goss, #267910
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4501
(612) 766-8617

Michael K. Brown, Esq.
Barry J. Thompson, Esq.
Steven J. Boranian, Esq.
Mildred Segura, Esq.
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA 90071

*Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, and Pharmacia and Upjohn Company LLC*

DATED: September 29, 2009      HALLELAND LEWIS NILAN & JOHNSON, P.A.

By /s/ Scott Smith
Scott Smith, #174026
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

James E. Gray
VENABLE LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

US_ACTIVE-102036577