A CERTIFIED TRUE COPY

ATTEST

By Dana Stewart on Mar 26, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**Mar 11, 2010**

FILED
CLERK'S OFFICE

**IN RE: MIRAPEX PRODUCTS LIABILITY
LITIGATION**

| | | |
|---|---|---|
| Brian Edwards, et al. v. Boehringer Ingelheim | ) | |
| Pharmaceuticals, Inc., et al., | ) | MDL No. 1836 |
| W.D. Kentucky, C.A. No. 3:10-103 | ) | |

**CONDITIONAL TRANSFER ORDER (CTO-15)**

On June 22, 2007, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 493 F.Supp.2d 1376 (J.P.M.L. 2007).  Since that time, 15 additional actions have been transferred to the District of Minnesota.  With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Mar 26, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION