UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Mirapex Products Liability Litigation | 07-MD-1836 (JMR/FLN) |

This document relates to:

| | |
|---|---|
| Linda F. Mrus and Walter Mrus, | Civil No. 10-485 (JMR/FLN) |
| Plaintiffs,<br>v. | **ORDER** |
| Boehringer Ingelheim Pharmaceuticals, Inc., et al., | |
| Defendants. | |
| and | |
| Nilratan C. Javery and Susan Javery, | Civil No. 10-486 (JMR/FLN) |
| Plaintiffs,<br>v. | |
| Boehringer Ingelheim Pharmaceuticals, Inc., et al., | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 3, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant BIPI's motions to dismiss are **GRANTED** as follows:

1) Defendant Boehringer Ingelheim Pharmaceuticals, Inc.'s Motion to Dismiss for Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)) [*Mrus* #8] is **GRANTED** and Counts VI, VII, VIII and IX of Plaintiffs' Complaint are **DISMISSED without prejudice**. Plaintiffs are granted leave to amend their complaint.

2) Defendant Boehringer Ingelheim Pharmaceuticals, Inc.'s Motion to Dismiss for Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)) [*Javery* #7] is **GRANTED** and

Counts VI, VII, VIII and IX of Plaintiffs' Complaint are **DISMISSED without prejudice**. Plaintiffs are granted leave to amend their complaint.


DATED: August 24, 2010.          <u>s/Michael J. Davis</u>
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court