UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: MIRAPEX PRODUCTS
LIABILITY LITIGATION            MDL No. 07-MD-1836 (MJD/FLN)

JOSEPH ANDERSON,                Case No.: 10-cv-00658 (MJD/FLN)

        Plaintiff,

v.

Boehringer Ingelheim Pharmaceuticals, Inc.,
a Delaware corporation, Pfizer Inc.,
a Delaware corporation, Pharmacia
Corporation, a Delaware corporation, and
Pharmacia & Upjohn Company, LLC,

        Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this Action may be, and hereby is, dismissed with prejudice, but without fees or costs or disbursements to any party, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: July 15, 2011        JAMES P. GINZKEY

        By: s/ James P. Ginzkey
        James P. Ginzkey
        Trial Attorney
        221 E. Washington St.
        Bloomington, IL 61701
        (309)821-9707
        *Attorney for Plaintiff*

ND: 4810-8811-6234

DATED: July 15, 2011					NILAN JOHNSON LEWIS

							By: s/ Scott A. Smith
								Scott Smith, #174026
								400 One Financial Plaza
								120 South Sixth Street
								Minneapolis, Minnesota 55402
								(612) 305-7500

								Jason Rose
								VENABLE, LLP
								750 E Pratt St Ste 900
								Baltimore, MD 21202
								(410) 244-7471
								*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

DATED: July 15, 2011					FAEGRE & BENSON, LLP

							By: s/ Joseph M. Price
								Joseph M. Price, #88201
								2200 Wells Fargo Center
								90 South Seventh Street
								Minneapolis, MN 55402-4501
								(612) 766-8617

								Michael K. Brown
								Mildred Segura
								REED SMITH LLP
								355 South Grand Avenue
								Los Angeles, CA 90071
								*Attorneys for Defendants Pfizer, Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company, LLC*

ND: 4810-8811-6234