UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: MIRAPEX PRODUCTS<br>LIABILITY LITIGATION | MDL No. 07-MD-1836 (MJD/FLN) |
| Nilratan C. Javery, et al. | Case No.: 10-CV-486 (MJD/FLN) |
| Plaintiffs, | |
| v. | |
| Boehringer Ingelheim Pharmaceuticals, Inc.,<br>a Delaware corporation, Pfizer Inc.,<br>a Delaware corporation, Pharmacia<br>Corporation, a Delaware corporation, and<br>Pharmacia & Upjohn Company, LLC, | |
| Defendants. | |

---

## ORDER FOR DISMISSAL

---

Based on the Stipulation of Dismissal that has been filed in the above-captioned matter [Doc. #46], IT IS HEREBY ORDERED that this action, in its entirety, is dismissed with prejudice and without costs or fees or disbursements to any party. LET JUDGMENT BE ENTERED.


DATED: July 20, 2011         s/Michael J. Davis
                             The Honorable Michael J. Davis
                             Chief Judge, United States District Court
                             District of Minnesota