UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE: MIRAPEX PRODUCTS
LIABILITY LITIGATION        MDL File No. 07-1836 (MJD/FLN)

This document relates to:

KATHRYN GILLETTE, et al.,

       Plaintiffs,

v.        **ORDER**
       Civil File No. 15-3005 (MJD/FLN)

BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC., et al.,

       Defendants.

---

Kathryn Gillette and Raif Szczepanski, pro se.

Scott A. Smith, Smith Legal PLLC; Tracy J. Van Steenburgh and Brandie L. Morgenroth, Nilan Johnson Lewis PA; and Jason C. Rose, Venable LLP; Counsel for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.

Lori B. Leskin, Kaye Scholer LLP, and Joseph M. Price, Faegre Baker Daniels LLP, Counsel for Defendants Pfizer Inc., Pharmacia LLC (f/k/a Pharmacia Corporation) and Pharmacia & Upjohn Company LLC.

1

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated June 16, 2016.  Plaintiffs filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Noel dated June 16, 2016.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated June 16, 2016 [Docket No. 90 (Case No. 15-cv-3005)] [Docket No. 1984 (Case No. 07-md-1836)].

2. Defendant Boehringer Ingelheim Pharmaceuticals, Inc.'s Motion for Summary Judgment [Docket No. 56 (Case No. 15-cv-3005)] [Docket No. 1960 (Case No. 07-md-1836)] is **GRANTED**.

3. Defendants Pfizer Inc., Pharmacia Corporation and Pharmacia & Upjohn LLC's Motion for Summary Judgment [Docket No. 63 (Case No. 15-cv-3005)] [Docket No. 1968 (Case No. 07-md-1836)] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   August 8, 2016           s/ Michael J. Davis
                                  Michael J. Davis
                                  United States District Court